IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC - 8 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

### ORDER

By agreement of the judges and pursuant to the authority of Internal Rule 1, as amended, of the United States District Court, Southern District of Mississippi, to assure prompt and expeditious handling of the court's docket, the court finds that the following pending cases should be reassigned from Magistrate Judge James C. Sumner to Magistrate Judge Linda R. Anderson:

### JUDGE WINGATE CASES

3:98cv61, Liberty Mutual,
3:99cv479, Minnesota Life,
3:01cv88, A & C Entertainment
3:01cv113, U.S. ex rel Church,
3:01cv127, Davis
3:01cv186, King
3:01cv935, Liberty Mutual
3:01cv955, Thornton
3:02cv454, CIT Group
3:02cv1553, Williams
3:02cv1602, Womack
3:02cv1652, Life Ins. of Georgia
3:02cv1689, Edward
3:02cv1694, Shaffer
3:02cv1778, Gogolewski
3:02cv1838, Webb
3:03cv62, American Reliable
3:03cv154, Shelter Mutual
3:03cv213, Madami
3:03cv340, Oswalt
3:03cv358, Burnsed Oil
3:03cv373, Gilmer
3:03cv539, Montgomery
3:03cv658, Dale
3:03cv740, Davis
3:03cv795, Ward
3:03cv891, Bready
3:03cv906, Archer
3:03cv994, CVS
3:03cv1162, USF&G

3:03cv1222, Stewart
3:03cv1266, U.S. v. Ferguson Harbor
3:03cv1285, Mann
3:03cv1372, Myers
3:03cv1376, Prater
3:03cv1388, Green
3:04cv25, Beechwood
3:04cv75, Stanton
3:04cv128, Patterson
3:04cv152, Ford Motor
3:04cv176, Zisman
3:04cv185, Butler
3:04cv199, Durham
3:04cv230, Southeastern
3:04cv269, Harrison
3:04cv324, Crawford
3:04cv345, Vincent
3:04cv360, Tebo
3:04cv372, Kitrell
3:04cv388, Haynes
3:04cv392, Infinity
3:04cv451, Phillips
3:04cv614, Alexander
3:04cv647, Southern Imports
3:04cv729, Smith
3:04cv747, P-1
3:04cv777, Warner
3:04cv853, King
3:04cv869, Melohn
3:04cv889, Givens

3:04cv911, Love
3:04cv921, Sheppard
3:04cv961, Hill
3:04cv976, Hopson
3:04cv1001, General Star
3:05cv23, Pre-Paid Legal
3:05cv52, EEOC
3:05cv57, Rogers
3:05cv72, Squires
3:05cv81, Centurion
3:05cv82, Tarver
3:05cv98, Casey
3:05cv186, Haynes
3:05cv191, Brooks
3:05cv205, Brister
3:05cv254, Chan
3:05cv259, USA
3:05cv263, Herron
3:05cv274, Butler
3:05cv301, Edwards
3:05cv310, Williams
3:05cv311, Cole
3:05cv325, Ayala
3:05cv353, Quarles
3:05cv354, Chapman
3:05cv358, Robinson
3:05cv368, Raceway
3:05cv373, Rickman
3:05cv379, Cody
City, 3:05cv384, Capital City
3:05cv438, Buckhanan
3;05cv453, National Fire
3:05cv463, Morris
3:05cv469, Thompson
3:05cv471, Trigg
3:05cv483, ATC
3:05cv484, Williams
3:05cv496, Williams
3:05cv502, McLin
3:05cv506, City of Tchula
3:05cv512, Christmas
3:05cv 516, Sibley
3:05cv521, Daigle

3:05cv541, Hauer
3:05cv550, Kincaid
3:05cv555, Williams Estate
3:05cv558, First Colony
3:05cv564, Buckley
3:05cv578, Amiker
3:05cv582, Troiani
3:05cv583, Desai
3:05cv590, Travelers
3:05cv598, Neddam
3:05cv603, Barton
3:05cv608, Jenkins
3:05cv622, Hodges
3:05cv631, Atlas
3:05cv632, Hammond
3:05cv636, Johnson
3:05cv637, Knight
3:05cv647, Rhodes
3:05cv651, Thomas
3:05cv652, General Motors
3:05cv667, Hurst
3:05cv675, Thomas
3:05cv680, Roberie
3:05cv682, Jurassic
3:05cv685, Bates
3:05cv686, Accurate Roofing
3:05cv690, Nationwide
3:05cv703, Green Tree
3:05cv711, Estep
3:05cv723, State Farm
3:05cv727, Isaac
3:05cv731, Mangum
3:05cv766, Ghoston
3:05cv768, Parker
3:05cv770, Medical
3:05cv771, Denning
3:05cv773, Smith
3:05cv774, Wallace
3:05cv778, USA
3:05cv779, U.S. Bancorp
3:05cv783, Montague
3:05cv784, Hardy
3:05cv788, Kendrick

3:05cv789, Trotter
3:06cv2, Pacil
3:06cv7, Bradley
3:06cv18, Smith
3:06cv32, Collins
3:06cv38, Hendrix
3:06cv48, Walters
3:06cv51, Jurassic
3:06cv52, American General
3:06cv57, Nicholson
3:06cv58, Joiner
3:06cv67, Stasher
3:06cv68, Dean
3:06cv78, Donaldson
3:06cv79, Singleton
3:06cv81, Hughes
3:06cv82, Adams
3:06cv83, Alford
3:06cv84, Anderson
3:06cv85, Roland
3:06cv86, Myers
3:06cv87, Adams
3:06cv88, Alford
3:06cv89, Anderson
3:06cv90, Roland
3:06cv91, Myers
3:06cv95, GE Money
3:06cv101, Fisher
3:06cv103, Turnage
3:06cv105, Merchants & Planters
3:06cv107, Johnson
3:06cv110, Martin
3:06cv113, Martin
3:06cv115, Detco
3:06cv117, Slone
3:06cv119, Field
3:06cv123, Conger
3:06cv125, Coleman
3:06cv127, Adams
3:06cv129, Boler-Phillips
3:06cv136, Shelter Mutual
3:06cv138, Holton
3:06cv140, Anderson

3:06cv142, Burkes
3:06cv144, J & B
3:06cv147, Stephens
3:06cv152, UMG
3:06cv154, Potters
3:06cv156, Int'l Fidelity
3:06cv162, Guise
3:06cv164, Kitchens
3:06cv165, Cheshire
3:06cv169, Rainey
3:06cv171, Jurassic
3:06cv172, Nationwide
3:06cv173, Jones
3:06cv175, Wilson
3:06cv177, McCarty
3:06cv179, Steinwinder
3:06cv180, Moak
3:06cv191, Brown
3:06cv199, Lange
3:06cv204, Hill
3:06cv207, Prather
3:06cv209, Danks
3:06cv210, Danks
3:06cv213, Mingo
3:06cv219, Tellus
3:06cv223, Stringer
3:06cv225, Williams
3:06cv227, Fulgham
3:06cv228, Middlebrook
3:06cv229, Int'l Brotherhood
3:06cv232, American Bankers
3:06cv236, Palmer
3:06cv245, Craft
3:06cv247, King
3:06cv248, Cole
3:06cv250, Stewart
3:06cv254, Haynes
3:06cv258, Educational Credit
3:06cv260, Hasselle
3:06cv268, Striblin
3:06cv272, Transcontinental Ins.
3:06cv276, Brown
3:06cv282, Heard

3:06cv284, Morgan
3:06cv286, West American
3:06cv288, Coughlin
3:06cv290, Maxwell
3:06cv296, Reed
3:06cv298, Scales
3:06cv302, Kimbrough
3:06cv304, Thornton
3:06cv308, Black
3:06cv310, Anderson
3:06cv315, McNeal
3:06cv317, Cheramie
3:06cv319, BMG Music
3:06cv321, Perry
3:06cv324, McFadden
3:06cv325, Brown
3:06cv327, McCain
3:06cv328, Young
3:06cv331, Hackett
3:06cv333, Harris
3:06cv334, Jenkins
3:06cv338, Cocroft
3:06cv342, Winsley
3:06cv344, Dickson
3:06cv345, Richmond
3:06cv347, Cocroft
3:06cv349, Campbell
3:06cv352, Groover
3:06cv354, Andrews
3:06cv360, Cocroft
3:06cv364, Nichols
3:06cv366, Miller
3:06cv367, Jurassic
3:06cv370, Ricochet
3:06cv371, Poole
3:06cv377, Jones
3:06cv379, Nevada
3:06cv380, Carson
3:06cv381, Reno
3:06cv382, Carson
3:06cv383, Turner
3:06cv384, Reno

3:06cv385, Carson
3:06cv386, Reno
3:06cv387, Nevada
3:06cv388, Nevada
3:06cv389, Reno
3:06cv391, Hendrix

## JUDGE LEE - EASTERN DIVN CASES

4:04cv8, Stewart v. Kelly
4:04cv172, Barrett v. State of Mississippi
4:04cv232, Davis v. Harro
4:05cv19, Broderick v. Kelly
4:05cv53, Carroll v. Carter
4:05cv57, Sheffield v. Epps
4:05cv93, Wright v. Epps
4:05cv110, McCoy v. Hood
4:05cv113, Chambers v. Hood
4:05cv140, Creel v. Greer
4:05cv142, Thomas v. Epps
4:05cv161, Griffin v. Kelly
4:05cv176, Williams v. Epps
4:05cv177, Clincy v. GEO-Group, Inc.
4:05cv191, Rankin v. Enterkins
4:05cv193, Myers v. State Farm
4:06cv2, Pittman v. Barnhart
4:06cv5, Little v. Crockett
4:06cv7, Baylor v. Anderson
4:06cv10, McGhee v. Perkins
4:06cv14, Holley v. Reece
4:06cv19, Richards v. Anderson
4:06cv29, Singleton v. Kemp
4:06cv30, Myers v. Sollie
4:06cv33, Seals v. Reece
4:06cv38, Ivey v. McLendon
4:06cv49, Harris v. Walley
4:06cv51, Broderick v. Kelly
4:06cv70, Barrett v. Hood
4:06cv74, Johnson v. Lee
4:06cv78, Jones v. Collins
4:06cv85, Houston v. Kelly
4:06cv94, Jerninghan v. King

4:06cv100, Bennett v. Burse
4:06cv102, Williams v. Crockett
4:06cv106, Humbles v. Caskey
4:06cv110, Burlington v. Parkerson
4:06cv114, Gaskin v. Pachuta
4:06cv116, Grayson v. Clarke Co.
4:06cv122, McIntosh v. Bluebonnet
4:06cv124, Taylor v. Dekalb
4:06cv128, Learmoth v. Sears
4:06cv130, Withers v. Tri-C Wood
4:06cv132, Craft v. Moorey
4:06cv133, Cook v. Tyson Foods
4:06cv134, Hopson v. Sollie
4:06cv135, Moody v. Thomas
4:06cv136, Aguilar v. Banks
4:06cv137, Moody v. Collins
4:06cv138, Havard v. F. M. Logistics
4:06cv139, Moore v. BMW
4:06cv140, Starns v. Epps
4:06cv142, Economy Premier v. Fuller
4:06cv143, Powell v. Epps
4:06cv144, Coker, Palmer v. Stern, Agee
4:06cv145, Alply Arch. V. Alply, Inc.
4:06cv147, Trinity USA v. Brown
4:06cv148, Phillips v. Golden Globe
4:06cv149, Nelson v. Rush Foundation

**JUDGE BARBOUR CASES**

3:89cv627, Exxon v. Crosby
3:01cv367, Smith v. City of Jackson
3:01cv63, Dale v. Colagiovanni
3:02cv362, Walden v. Washington Mutual
3:02cv377, Anderson v. Washington Mutual
3:03cv470, Paige v. Bayer Corp.
3:03cv651, American Honda v. Salyer
3:03cv903, Anderson v. March
3:04cv82, McCoy v. Tate
3:04cv635, Mitchell v. Zein
3:04cv640, Mitchell v. Parex
3:04cv790, Newsome v. MDOC
3:04cv837, Thompson v. Sanderson
3:04cv838, Holmes v. Sanderson

3:04cv839, Amos v. Sanderson
3:04cv840, Baker v. Sanderson
3:04cv841, Mikell v. Sanderson
3:04cv842, Hampton v. Sanderson
3:04cv848, Arnold v. United States
3:04cv952, Wells Estate v. Centennial
3:05cv44, Harris v. Kelly
3:05cv105, Valadie v. Acadian
3:05cv113, Clemons v. Wyeth
3:05cv114, Dixon v. Planet 4 Kidz
3:05cv128, Georgia Casualty v. Usry
3:05cv149, Hudson v. Johnson
3:05cv153, US v. State Farm
3:05cv154, US v. Merchants & Marine
3:05cv155, US v. Hancock Bank
3:05cv156, US v. Jones
3:05cv157, US v. Union Planters
3:05cv180, US v. Union Planters
3:05cv250, Stricklin v. Thompson
3:05cv370, Provident Bank v. Stevenson
3:05cv440, Salinas-Rodriguez v. Alpha
3:05cv460, P&C Ins. V. Sanders
3:05cv641, Colbert v. St. Paul Fire
3:05cv465, EEOC v. Productivity Impr.
3:05cv466, Barnes v. City of Jackson
3:05cv481, Myers v. City of McComb
3:05cv499, Williams v. VA
3:05cv508, Williams v. Reassure America
3:05cv574, Harris v. Bingham
3:05cv592, Robinson v. Snow
3:05cv619, Butcher v. Allstate
3:05cv648, Norris v. King
3:05cv654, Cole v. Epps
3:05cv689, Lloyds v. Coastal Builders
3:05cv692, Bass v. Social Security
3:05cv696, Banner v. City of Jackson
3:05cv713, Foster v. BellSouth
3:05cv733, Landry v. Yamaha
3:05cv735, Fisher v. Parex
3:05cv736, Jacobi v. Parex
3:05cv737, Bobinger v. Parex
3:05cv761, Johnson v. Parex
3:05cv762, Kreuz v. Parex

3:05cv763, Weeks v. Parex
3:05cv764, Zito v. Parex
3:05cv786, Bridges v. Enterprise
3:06cv19, EEOC v. General Motors
3:06cv24, Washington v. Fred's Stores
3:06cv35, Minor v. Lopez
3:06cv50, Eudy v. City of Ridgeland
3:06cv55, Martin v. Massell & Associates
3:06cv59, Madu v. US

3:06cv65, Primerica Life v. Price
3:06cv92, Glenn Machine v. Coastal Bldrs.
3:06cv94, Ponthieux v. Taylor
3:06cv118, Thornton v. Ford Motor Co.
3:06cv130, Adams v. David's Bridal
3:06cv155, Christian v. State Farm
3:06cv166, King v. Michael's Stores
3:06cv186, Stellar Group v. Pilgrim's Pride
3:06cv198, Daily v. Parex
3:06cv233, Jordan v. MS Dept. Health
3:06cv265, Shelby v. Foreman
3:06cv275, Butler v. MDOC Records
3:06cv285, US v. 101 Golding Blvd.
3:06cv303, Arlott v. Arledge
3:06cv322, Bates v. Epps
3:06cv332, Martin v. Eli Lilly
3:06cv355, Touchstone v. Mounger
3:06cv374, Britton v. Anderson
3:06cv398, Planhouse.com v. Breland
3:06cv428, Johnson v. Kuhlman
3:06cv434, Francois v. Colonial Freight
3:06cv472, Maxwell v. Byrd
3:06cv476, Davis v. City of Ridgeland
3:06cv482, Breland v. Capital One Bank
3:06cv488, McGowan v. Wexford Health

3:06cv499, Buie v. National Heritage
3:06cv501, Little v. K&B Miss. Corp.
3:06cv507, Jamison v. CMCF
3:06cv513, Lacey v. Union National
3:06cv524, Adcock v. Hendrix
3:06cv542, Robinson v. Porsche
3:06cv552, Corales v. Saxton
3:06cv559, Moon v. Chase Manhattan
3:06cv565, Sandifer v. City of Jackson
3:06cv571, Allstate v. US
3:06cv577, Barnes v. Singh
3:06cv583, Rials v. Altria Group
3:06cv589, Ross v. Shepard
3:06cv600, Moore v. McMillin
3:06cv601, Long v. G. D. Searle & Co.
3:06cv606, Catchings v. Gulf South
3:06cv625, Bush v. Brewer
3:06cv630, Rogers v. Johnson
3:06cv637, Felder v. Gilmore
3:06cv642, Alexander v. US
3:06cv649, French v. Lowe's Home Ctrs.
3:06cv656, Sherman v. Connected Office
3:06cv662, Elder v. L3 Communications
3:06cv668, Aetna Life Ins. v. Bd. Med. Lic.

These reassignments will satisfy the terms the of the Interim Assignment of Cases to Judges and Magistrates entered on November 29, 2006, in which Magistrate Judge Sumner was assigned all civil cases assigned to Judge Jordan, as well as the Jackson Division cases assigned to Judge Lee,

and Magistrate Judge Anderson was assigned all civil cases assigned to Judges Barbour and Wingate and all Eastern Division cases assigned to Judge Lee.

IT IS SO ORDERED, this the 7th day of December, 2006.

*Henry T. Wingate*
CHIEF UNITED STATES DISTRICT JUDGE